No. 99–10160. IN RE RETTIG. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 809] denied.

No. 00–5250. SHAFER *v.* SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, 530 U. S. 1306.] Motion for appointment of counsel granted, and it is ordered that David I. Bruck, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 00–6310. BALDEN ET UX. *v.* COTTEE ET AL. C. A. 6th Cir.; and

No. 00–6347. SIMPSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 18, 2000, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–6754. IN RE GREGORY;
No. 00–6908. IN RE SUAREZ; and
No. 00–6931. IN RE CHARLES. Petitions for writs of habeas corpus denied.

No. 00–6824. IN RE JANIS. Petition for writ of mandamus denied.

No. 00–157. UNITED DOMINION INDUSTRIES, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. ▮

No. 00–276. UNITED STATES ET AL. *v.* UNITED FOODS, INC. C. A. 6th Cir. Certiorari granted. ▮

No. 00–454. ATKINSON TRADING CO., INC. *v.* SHIRLEY ET AL. C. A. 10th Cir. Certiorari granted. ▮

No. 99–1787. REYNOLDS METALS CO. *v.* ELLIS. C. A. 9th Cir. Motion of Central States, Southeast and Southwest Areas Health and Welfare Fund for leave to file a brief as *amicus curiae* granted. Certiorari granted. ▮